PER CURIAM.

(No. 74-CC-14—Claimant )

LLOYD E. DYER, JR., Claimant, *vs.* STATE OF ILLINOIS,
POLLUTION CONTROL BOARD, Respondent.

*Opinion filed April 8, 1974.*

LLOYD E. DYER, JR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-67—Claimant )

ST. MARY'S HOSPITAL, E. St. Louis, Illinois, Claimant, *vs.*
STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION,
Respondent.

*Opinion filed April 8, 1974.*

ST. MARY'S HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER,
Assistant Attorney General, for Respondent.

PER CURIAM.